1  LAW OFFICES OF GREGORY A. YATES, P.C.
   Gregory A. Yates, Esq. (SBN 63259)
2  16830 Ventura Blvd., # 250
   Encino, California 91436
3  TEL. (310) 858-6944
   FAX. (818) 905-7038
4
   Attorney for Plaintiff,
5  PARRISH BATCHAN

6

7

8
                   UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | PARRISH BATCHAN,                          ) Case No. CV 09-04152 PA (MANx)
                                               )
12 |                    Plaintiff,             )
                                               ) STIPULATION TO DISMISS
13 | vs.                                       ) ACTION
                                               )
14 | COUNTY OF LOS ANGELES,                    ) [Pursuant to F.R.C.P. Rule
   | COUNTY OF LOS ANGELES                     ) 41(a)(1)(A)(ii)]
15 | SHERIFF'S DEPARTMENT,                     )
   | SHERIFF LEROY BACA, CITY OF               )
16 | VERNON, CITY OF VERNON                    )
   | POLICE DEPARTMENT, CHIEF                  )
17 | STEVE TOWLES, AND DOES 1                  )
   | THROUGH 10, inclusive,                    )
18 |                                           )
   |                    Defendants.            )
19 | _____ )
                                               )
20

21         TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR
22 RESPECTIVE ATTORNEYS OF RECORD:
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the parties herein stipulate that this
2 | action, filed by PARRISH BATCHAN, plaintiff herein, be dismissed, without
3 | prejudice, as to all defendants.

Dated: August 27, 2009     LAW OFFICES OF GREGORY A. YATES, P.C.

_____
GREGORY A. YATES,
Attorney for Plaintiff,
PARRISH BATCHAN

Dated: August 27, 2009     LAWRENCE BEACH ALLEN & CHOI, P.C.

_____
RAYMOND W. SAKAI
Attorney for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA

Dated: August 27, 2009     FERGUSON, PRAET & SHERMAN

_____
BRUCE D. PRAET
Attorney for Defendants CITY OF VERNON, CITY OF VERNON POLICE DEPARTMENT, CHIEF STEVE TOWLES

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the parties herein stipulate that this action, filed by PARRISH BATCHAN, plaintiff herein, be dismissed, without prejudice, as to all defendants.

Dated: August 27, 2009              LAW OFFICES OF GREGORY A. YATES, P.C.

                                    _____
                                    GREGORY A. YATES,
                                    Attorney for Plaintiff,
                                    PARRISH BATCHAN


Dated: August 27, 2009              LAWRENCE BEACH ALLEN & CHOI, P.C.

                                    _____
                                    RAYMOND W. SAKAI
                                    Attorney for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA


Dated: August 27, 2009              FERGUSON, PRAET & SHERMAN

                                    _____
                                    BRUCE D. PRAET
                                    Attorney for Defendants CITY OF VERNON, CITY OF VERNON POLICE DEPARTMENT, CHIEF STEVE TOWLES

-2-

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the parties herein stipulate that this action, filed by PARRISH BATCHAN, plaintiff herein, be dismissed, without prejudice, as to all defendants.

Dated: August 27, 2009           LAW OFFICES OF GREGORY A. YATES, P.C.

[signature]
GREGORY A. YATES,
Attorney for Plaintiff,
PARRISH BATCHAN

Dated: August 27, 2009           LAWRENCE BEACH ALLEN & CHOI, P.C.

RAYMOND W. SAKAI
Attorney for Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF LEROY BACA

Dated: August 27, 2009           FERGUSON, PRAET & SHERMAN

[signature]
BRUCE D. PRAET
Attorney for Defendants CITY OF VERNON, CITY OF VERNON POLICE DEPARTMENT, CHIEF STEVE TOWLES

- 2 -